**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:12-CV-00273**

PAUL F. MIK, JR., ET AL.                          PLAINTIFFS

vs.

FEDERAL HOME LOAN MORTGAGE            DEFENDANT
CORPORATION

---

## REPLY IN SUPPORT OF DEFENDANT
## FEDERAL HOME LOAN MORTGAGE CORPORATION'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

_____

In this case, Plaintiffs demand an enormous sum of money from Freddie Mac, because of Freddie Mac's alleged "discount of a Federal Statute," namely the Protecting Tenants at Foreclosure Act (the "PTFA")(Pub. L. 111-22, Div. A, Title VII §702, 123 Stat. 1632 (2009))(codified at 12 U.S.C. § 5220 note).  *Id.,* ¶ 38; *Plaintiff's Objection to Defendant's Motion to Dismiss,* pg. 4.  Plaintiffs' claim is obviously frivolous on the facts, because Plaintiffs own and have possession of the real property from which they were allegedly locked out by operation of a writ of possession issued in a foreclosure proceeding.  *Complaint,* ¶ 9, 12, 19, 33.

But more importantly, as made clear in Freddie Mac's Motion to Dismiss, the PTFA was intended only to provide a defense to eviction, not a claim for damages in federal court.  See, *Defendant's Memorandum in Support of Motion to Dismiss Plaintiff's Complaint,* pg. 4 - 11.  Plaintiffs, who had knowledge of the foreclosure and were represented by counsel at all relevant times, did not then assert, and are not now

asserting, an eviction defense or any other equitable relief. *Complaint,* ¶¶ 9, 12, 14, 17, 38. Rather, Plaintiffs are attempting to use the PTFA in a way it was never intended and is not permitted – to assert a claim for damages in federal court. *Complaint,* ¶ 38.

Because the alleged lockout provides Plaintiffs no rights under state law, Plaintiffs seek relief under the PTFA. Since there is no private right of action under the PTFA, whether couched as a denial of due process claim, a wrongful eviction claim, or some other theory, Plaintiffs' claims fail as a matter of law and must be dismissed.

Respectfully submitted by,

/s/ *Shannon O'Connell Egan*
Shannon O'Connell Egan (KBA 87296)
Lerner Sampson & Rothfuss LPA
120 East Fourth Street, 8th Fl.
Cincinnati, Ohio 45202
Telephone: (513) 361-7020
Facsimile: (513) 354-6781
Email: segan@lsrlaw.com

## **CERTIFICATE OF SERVICE**

      In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing Reply was served by electronic mail on this 30th day of July 2012, to the persons listed below:

Hon. Alan W. Roles (alanwroles@yahoo.com)
Hon. Theodore J. Palmer (tedpalmeresq@gmail.com)
Coleman, Roles & Associates PLLC
1009 South Fourth Street
Louisville, Kentucky 40203

                                              /s/ Shannon O'Connell Egan