UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PAUL F. MIK, JR., et al.                                                            PLAINTIFF(S)

VS                                                                    CIVIL ACTION NO. 3:12CV-273-H

FEDERAL HOME LOAN MORTGAGE CORPORATION                               DEFENDANT(S)

**ORDER**

The above-styled action came before the undersigned for a telephonic status conference on March 19, 2014, upon the remand from the United States Court of Appeals.   Participating for the plaintiffs, Mr. Alan W. Roles; and on behalf of the defendant, Mr. Rick D. DeBlasis.

After discussions with counsel and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** the following deadlines are now set:

**Remaining Discovery:**         September 4, 2014

**Dispositive Motions:**         September 30, 2014

If the parties wish to schedule this matter for a settlement conference, parties shall jointly contact the Court's Deputy, Ms. Andrea Morgan via email at:andrea_morgan@kywd.uscourts.gov or 502-625-3538 for availability of the Court.

Date: March 19, 2014


Copies to:

All Counsel of Record


Court Time:   00/10