UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CASE NO. 3:12-CV-00273-H

PAUL F. MIK, JR., ET AL.,                                            PLAINTIFFS,

vs.

FEDERAL HOME LOAN MORTGAGE                               DEFENDANT.
CORPORATION,

_____

**NOTICE THAT PLAINTIFFS, PAUL F. MIK, JR. AND
LEE ANN MIK, HAVE FILED BANKRUPTCY**
_____

Now comes Defendant and respectfully provides notice that the Plaintiffs, Paul F. Mik, Jr. and Lee Ann Mik, filed a voluntary Chapter 13 bankruptcy in the Western District of Kentucky Bankruptcy Court, being case number W.D. Kentucky 15-bk-31285, on April 17, 2015.

Respectfully submitted,

_____/s/ Rick D. DeBlasis_____
Rick D. DeBlasis  (KBA #92846)
LERNER, SAMPSON & ROTHFUSS
120 East Fourth Street, Suite 800
Cincinnati, Ohio  45202
PH: (513) 412-6614
FX: (513) 354-6765
EM: rdd@lsrlaw.com

*Attorneys for Defendant,*
*Federal Home Loan Mortgage Corporation*

**CERTIFICATE OF SERVICE**

   In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by first class U.S. mail, postage prepaid upon the following on April 27, 2015:

Paul F. Mik, Jr.
202 Lee's Lane
Brandenburg, Kentucky 40108

Lee Ann Mik
202 Lee's Lane
Brandenburg, Kentucky 40108

               ____/s/ Rick D. DeBlasis_____
               Rick D. DeBlasis