UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:12-CV-273-DJH

PAUL F. MIK, JR. et al.                                                PLAINTIFFS

v.

FEDERAL HOME LOAN MORTGAGE                           DEFENDANT
CORPORATION

## APPEARANCE AND STATUS REPORT

Please let this pleading serve as notice that the undersigned and the Ballard Rogers Law Office, PLLC has been retained by the Plaintiffs today to appear of record of counsel for them.

Per the order dated August 21, 2015, Judge Holt asked for a status report concerning their claims and their bankruptcy. Although the undersigned has not had the time to explore the bankruptcy file, it is the undersigned's understanding based on communications with his client that the instant claim was included in the list of bankruptcy assets, that the bankruptcy case has been completely resolved and discharged, and that the pending claims are now owned outright by the Plaintiffs.

The Plaintiffs will be filing an appropriate response brief to Defendants' Motion for Summary Judgment on or before October 5, 2015, per the Court's instructions.

If the Court would like more specific, detailed information, please advise and the undersigned will provide it promptly.

1

Respectfully Submitted:

*[signature]*

B. Ballard Rogers
BALLAD ROGERS LAW OFFICE, PLLC
539 W. Market St., Suite 300
Louisville, Kentucky 40202
Ph: (502) 640-3535
Fax: (502) 582-2296
ballard@ballardrogerslaw.com
ATTORNEY FOR P&E CONSTRUCTION, LLC

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Answer were served upon the following on this 3rd day of September, 2015 by Electronic filing.

Rick D. DeBlasis (KBA #92846)
LERNER, SAMPSON & ROTHFUSS
120 East Fourth Street, Suite 800
Cincinnati, Ohio 45202
Phone: (513) 412-6614
Fax: (513) 354-6765
E-mail: rdd@lsrlaw.com
*Counsel for Defendant, Federal Home Loan Mortgage Corporation*

*[signature]*

B. Ballard Rogers
Counsel for P&E Construction, LLC