UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAUL F. MIK, JR., et al.,                                                                        Plaintiffs,

v.                                                                        Civil Action No. 3:12-cv-273-DJH

FEDERAL HOME LOAN MORTGAGE
CORPORATION,                                                                        Defendant.

\* \* \* \* \*

## ORDER

The Court having determined that oral argument would assist in resolution of the pending motion for summary judgment, it is hereby

**ORDERED** as follows:

(1)   This matter is set for oral argument on Defendant's motion for summary judgment on **October 19, 2016, at 10:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. The parties shall be prepared to discuss § 702(a)(2)(B) and (b) of the Protecting Tenants at Foreclosure Act.

(2)   The motion for summary judgment (Docket No. 49) is **ADMINISTRATIVELY REMANDED** pending the October 19 hearing.

September 10, 2016

                                                                                David J. Hale, Judge
                                                            United States District Court