UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PAUL MIK, JR., et al.,                                                                      Plaintiffs,

v.                                                                      Civil Action No. 3:12-cv-273-DJH

FEDERAL HOME LOAN MORTGAGE
CORPORATION,                                                                            Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

The Court conducted a hearing in this matter on October 19, 2016, with the following counsel participating:

        For Plaintiffs:      Breaux Ballard Rogers

        For Defendant:      Rick D. DeBlasis

The Court heard argument on Defendant's Motion for Summary Judgment. (D.N. 49) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) That on or before **November 10, 2016**, the parties may each **SUBMIT** a supplemental brief addressing the arguments made at today's hearing. There shall be no responses or replies. The briefs are limited to **fifteen (15) pages** in length.

(2) Defendant's Motion for Summary Judgment (D.N. 49) will be **REINSTATED** on **November 10, 2016**.

October 19, 2016

                                                           **David J. Hale, Judge**
                                                           **United States District Court**

Court Time: 00/50
Court Reporter: Dena Legg