# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**PAUL F. MIK, JR. et al**                                                                                           **PLAINTIFF**

v.                                                                    **CIVIL ACTION NO 3:12CV-273-DJH**

**FEDERAL HOME LOAN MORTGAGE CORPORATION**                       **DEFENDANT**

## REPORT AND RECOMMENDATION

    Through telephonic negotiations facilitated by the Court on June 7, 2017, the parties were able to reach an agreement for the resolution of all claims subject to the approval of the United States Bankruptcy Court. Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within sixty (60) days after entry of the order of dismissal.

Copies to Counsel of Record

2|0